J. Scott Souders, Esq., State Bar # 069425
J. SCOTT SOUDERS, P.C.
140 Newport Center Drive, Suite 250
Newport Beach, CA 92660
Telephone: (949) 718-3574
Facsimile:  (949) 718-3582
Email: scottsouders@sbcglobal.net

JS - 6

Attorneys for Plaintiff
DOUGLAS C. CABLE, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS C. CABLE, M.D., <br><br> Plaintiff, <br> vs. <br><br> PROTECTION ONE, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | SACV 09-783 JVS (RNBX) <br><br> Orange County Superior Court Case No.: 30-2009-00124047 <br><br> ORDER REMANDING ACTION AND DENYING DEFENDANT'S MOTION TO DISMISS AND TO STRIKE AS MOOT |

     This case was removed from Orange County Superior Court on July 8, 2009.

     Currently pending before this Court are defendant Protection One, Inc.'s Motions to dismiss and to strike the amended complaint.

     The Court, having reviewed plaintiff DOUGLAS C. CABLE, M.D.'s First Amended Complaint [the "Complaint"] determines that the Complaint no longer seeks relief under the Fair Debt Collection Practices Act (FDCPA"), 15 U.S.C. § 1692 et seq.  The only remaining causes of action are asserted under state law, including California's Rosenthal Fair Debt Collection Practices Act ("RFDCPA"),

Cal. Civ. Code § 1788 et seq.  Hence, the Court no longer has federal question

jurisdiction over this action, 28 U.S.C. § 1331, and declines to exercise supplemental jurisdiction over the remaining state-law claims. 28 U.S.C. § 1367(c)(3); see also Foster v. Wilson, 504 F.3d 1046, 1051-52 (9th Cir. 2007) ("The decision whether to continue to exercise supplemental jurisdiction over state law claims after all federal claims have been dismissed lies within the district court's discretion.") To whatever extent the RFDCPA imports elements of the FDCPA, it remains a state claim, and does not invoke federal policies of such significance to warrant federal question jurisdiction. Grable & Sons Metal Products, Inc. v. Darue Engineering & Mfg., 545 U.S. 308, 316, 318-319 (2005).

IT IS THEREFORE ORDERED:

This action is REMANDED to Orange County Superior Court, and the pending motions are DENIED as moot.

DATED: September 9, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT